DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ETHAN L. KING,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-1546

[July 18, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Robert L. Pegg, Judge; L.T. Case No. 472019CF000394A.

Carey Haughwout, Public Defender, and Devin Johnson, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Richard Valuntas, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***